IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CAESAR WHITE, JR.,
    Plaintiff,

vs.                           Case No. 3:09cv574/LAC/EMT

SUSAN NELMS, et al.,
    Defendants.
_____/

## ORDER

By order of this court dated March 9, 2010, Plaintiff was given thirty (30) days in which to pay the full filing fee in the amount of $350.00 (Doc. 14). That time has elapsed, and the court has received no response from Plaintiff.

Accordingly, it is **ORDERED**:

1. Within **TWENTY (20) DAYS** from the date of docketing of this order Plaintiff shall show cause, if any, why this case should not be dismissed for failure to comply with an order of the court.

2. Plaintiff's failure to respond to this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 13th day of April 2010.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**